IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANITRA ADAMS | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 21-0646 |
| QVC, INC. | : |

**ORDER**

AND NOW, this 14th day of December, 2021, it is hereby ORDERED Plaintiff, Lanitra Adams' Motion for Conditional Certification of Collective Class Action, Expedited Opt-In Discovery and Court-Supervised Notice to Potential Opt-In Plaintiffs Pursuant to 29 U.S.C. § 216(b) (Document No. 27) is GRANTED as follows and as outlined in the Court's Memorandum Opinion:

1. The proposed Collective Action Class consisting of "all former and current customer service representatives or persons with jobs performing substantially identical functions and/or duties to customer service representatives employed by QVC, Inc. during the past three (3) years" is CONDITIONALLY CERTIFIED.

2. Approval of Plaintiff's proposed interrogatory directed to QVC is GRANTED with the exception that QVC has no obligation to produce telephone numbers of those of its current and/or former employees who are potential members of the opt-in class.

3. The proposed form of Notice to Potential Opt-In Plaintiffs is approved conditioned on the parties conferring and submitting an amended form of proposed Notice to the Court within twenty (20) days. Such amendment shall include language addressing the right of opt-in

participants to retain their own counsel and their obligation to participate in discovery.

BY THE COURT:

/s/ Juan R. Sanchez
_____
Juan R. Sánchez,          C.J.